# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANITY CHILDERS and REECE CHILDERS, in substitution for TERRY CHILDERS, deceased, </br></br>　　　　　Plaintiff, </br></br>v. </br></br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, </br></br>　　　　　Defendant. | Case No. CIV-13-263-RAW-SPS |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 10, 2014, Magistrate Judge Shreder entered his Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 29th day of September, 2014.

```
Dated this 29th day of September, 2014.
```

Ronald A. White
United States District Judge
Eastern District of Oklahoma